NUMBER 13-08-00053-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOSE A. LOPEZ, Appellant,


v.



LONE STAR NATIONAL BANK, Appellee. 

 ____________________________________________________________


On Appeal from the County Court at Law No. 5 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam 


 Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 5 of Hidalgo County, Texas, in cause number CL-07-1709-E. Appellant has filed a 
motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 4th of December, 2008.